HUGH C. FOX et al., Appellants, *v.* GEORGE H. PEACOCK et al., Respondents.

*Fox* v. *Peacock,* 156 App. Div. 938, affirmed.

(Argued June 14, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department entered August 1, 1913, affirming a judgment in favor of defendants entered upon the report of a referee. The complaint alleges three causes of action. The first cause

of action alleges damages to plaintiffs by reason of an alleged breach of contract on the part of the defendants in failing to manufacture and deliver certain sugar cane cars and wheels, axles and trucks pursuant to contract and specifications. The second cause of action alleges defendants' breach of contract in failing to fill a certain order for 350 cars, which order is alleged to have been given by plaintiffs to defendants under an alleged contract between plaintiffs and defendants of date August 16, 1900. The third cause of action alleges damages to plaintiffs by reason of defendants' alleged failure to answer certain "inquiries" of plaintiffs. The defendants' answer denies each and every allegation of breach of contract, and sets up an affirmative defense, and a counterclaim for $2,775 and interest, the agreed price and value of the cars, wheels, axles and trucks manufactured by defendants for the plaintiffs.

*William C. Rosenberg* for appellants.

*Charles J. McDermott* and *Ezra P. Prentice* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, CUDDEBACK, MILLER and SEABURY, JJ. Not voting: CARDOZO, J.